B5 (Official Form 5) (12/07)

**FORM 5. INVOLUNTARY PETITION**

| United States Bankruptcy Court<br>**Western District of North Carolina** | **INVOLUNTARY PETITION** |
|---|---|
| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>**The McAlpine Group, LLC** | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.)<br>**The McAlpine Company a/k/a/ The McAlpine Company, Inc. a/k/a McAlpine Investments a/k/a McAlpine Development Company, LLC** |
| Last four digits of Social-Security or other Individual's Tax-ID No./Complete EIN (If more than one, state all.) | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>**1329 E. Morehead Street, Suite 200**<br>**Charlotte, NC 28204** | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**Mecklenburg** | |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
- ■ Chapter 7      □ Chapter 11

**INFORMATION REGARDING DEBTOR** (Check applicable boxes)

| Nature of Debts<br>(Check one box)<br>Petitioners believe:<br>□ Debts are primarily consumer debts<br>■ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>□ Individual (Includes Joint Debtor)<br>■ Corporation (Includes LLC and LLP)<br>□ Partnership<br>□ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business (Check one box)<br>□ Health Care Business<br>□ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>□ Railroad<br>□ Stockbroker<br>□ Commodity Broker<br>□ Clearing Bank<br>■ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>■ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ■ Full Filing Fee attached<br>□ Petitioner is a child suport creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor<br>**Prosperity Park, LLC** | Case Number<br>**10-31399** | Date |
|---|---|---|
| Relationship<br>**Affiliate** | District<br>**Western District of North Carolina** | Judge |

**ALLEGATIONS**
(Check applicable boxes)

COURT USE ONLY

1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ■ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ■ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;

or

3.b. □ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

Name of Debtor   **The McAlpine Group, LLC**

B5 (Official Form 5) (12/07) - Page 2                                    Case No._____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X /s/ Roger Williams
Signature of Petitioner or Representative (State title)

Roger Williams                          September 9, 2010
Name of Petitioner                      Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
Roger Williams
10603 New Town Road
Marvin, NC 28173

X /s/ Michael David Bland, Esq.         September 9, 2010
Signature of Attorney                   Date

Michael David Bland, Esq.
Name of Attorney Firm (If any)

Weaver, Bennett & Bland, P.A.
P.O. Box 2570
Matthews, NC 28106-2570
Address
Telephone No.   704.844.1400

X /s/ Robert McDonnell, Vice President
Signature of Petitioner or Representative (State title)

Summit ECS, Inc.                        September 9, 2010
Name of Petitioner                      Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
Robert McDonnell, Vice President
3575 Centre Circle Drive
Fort Mill, SC 29715

X /s/ Ronald L. Gibson, Esq.            September 9, 2010
Signature of Attorney                   Date

Ronald L. Gibson, Esq.
Name of Attorney Firm (If any)

Erwin & Eleazer, P.A.
831 E. Morehead Street, Suite 840
Charlotte, NC 28202
Address
Telephone No.   704.405.2628

X /s/ Joe R. Dority, Vice President
Signature of Petitioner or Representative (State title)

Eastwood Construction, LLC              September 9, 2010
Name of Petitioner                      Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
Joe R. Dority, Vice President
2857 Westport Road
Charlotte, NC 28208

X /s/ Katherine J. Clayton, Esq.        September 9, 2010
Signature of Attorney                   Date

Katherine J. Clayton, Esq.
Name of Attorney Firm (If any)

Brooks, Pierce, et al.
P. O. Box 1800
Raleigh, NC 27602
Address
Telephone No.   919.839.0300

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Roger Williams<br>10603 New Town Road<br>Marvin, NC 28173 | Promissory Note dated April 7, 2008 in the original principal amount of $1,000,000.00. | 1,287,219.08 |
| Summit ECS, Inc.<br>3575 Centre Circle Drive<br>Fort Mill, SC 29715 | Judgment for $16,907.36 entered in Mecklenburg County Superior Court on January 5, 2010, case number 09-CVS-23480. | 19,556.05 |
| Eastwood Construction, LLC<br>2857 Westport Road<br>Charlotte, NC 28208 | Claims under contracts dated October 19, 2007 (as amended), January 22, 2007 and March 19, 2007 for return of earnest money deposits. | 929,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>2,235,775.13 |

___1___ continuation sheets attached

FORM 5 Involuntary Petition

Name of Debtor: **The McAlpine Group, LLC**

Case No._____ (Court use only)

| PENDING BANKRUPTCY CASE(S) FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Continuation Sheet) | | |
|---|---|---|
| Name of Debtor<br>**10210 Prosperity Park Drive, LLC** | Case Number<br>**10-31398** | Date |
| Relationship<br>**Affiliate** | District<br>**Western District of North Carolina** | Judge |
| Name of Debtor<br>**McAlpine-Providence Road West, LLC** | Case Number<br>**10-31841** | Date |
| Relationship<br>**Affiliate** | District<br>**Western District of North Carolina** | Judge |
| Name of Debtor | Case Number | Date |
| Relationship | District | Judge |
| Name of Debtor | Case Number | Date |
| Relationship | District | Judge |
| Name of Debtor | Case Number | Date |
| Relationship | District | Judge |
| Name of Debtor | Case Number | Date |
| Relationship | District | Judge |
| Name of Debtor | Case Number | Date |
| Relationship | District | Judge |

_1_ of _1_ continuation sheets attached

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| In Re: )<br>)<br>THE McALPINE GROUP, LLC a/k/a )<br>THE McALPINE COMPANY a/k/a )<br>THE McALPINE COMPANY, INC. )<br>a/k/a McALPINE INVESTMENTS, )<br>INC. a/k/a McALPINE )<br>DEVELOPMENT COMPANY, LLC<br>  Debtor. | Case No.: _____ |

## CORPORATE OWNERSHIP STATEMENT

Petitioning Creditor, Eastwood Construction, LLC, by and through counsel, and pursuant to Rules 1010(b) and 7007.1 of the Federal Rules of Bankruptcy Procedure, respectfully states that the following corporation directly or indirectly owns 10% or more of any class of equity interests:

  Nothing to report.

  This the 9th day of September, 2010.

/s/ Katherine J. Clayton
Katherine J. Clayton
North Carolina Bar No. 33070
Email: kclayton@brookspierce.com
BROOKS, PIERCE, McLENDON,
  HUMPHREY & LEONARD, L.L.P.
P.O. Box 1800
Raleigh, NC 27602
Tel: (919) 839-0300
Fax: (919) 839-0304
*Counsel for Eastwood Construction, LLC*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| In Re: )<br>)<br>THE McALPINE GROUP, LLC a/k/a )<br>THE McALPINE COMPANY a/k/a )<br>THE McALPINE COMPANY, INC. )<br>a/k/a McALPINE INVESTMENTS, )<br>INC. a/k/a McALPINE )<br>DEVELOPMENT COMPANY, LLC<br>Debtor. | Case No.: _____ |

## CORPORATE OWNERSHIP STATEMENT

Petitioning Creditor, Summit ESC, Inc., by and through counsel, and pursuant to Rules 1010(b) and 7007.1 of the Federal Rules of Bankruptcy Procedure, respectfully states that the following corporation directly or indirectly owns 10% or more of any class of equity interests:

Nothing to report.

This the 9th day of September, 2010.

/s/ Ronald L. Gibson
Ronald L. Gibson
North Carolina Bar No. 8283
Erwin and Eleazer, P.A.
831 E. Morehead St., Suite 840
Charlotte, NC 28202
Tel: 704.369.7900
Fax: 704.335.5433
Email: rgibson@eelaw.net
*Counsel for Summit ESC, Inc.*